ACCEPTED
14-15-00410-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 12:11:17 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 2011-62225

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/20/2015 12:11:17 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| AMEGY BANK, N.A., successor to MAXIMBANK | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| SHIP AND SAIL, INC., DAVID P. FOULKROD, DANIEL P. FOULKROD, EUGENE L. BUTLER, ROBERT E. CHAMBERLAIN, AND RONALD E. SMITH, | § § § § § § § | |
| Defendants. | § | 125TH JUDICIAL DISTRICT |

## AMEGY BANK, N.A.'S REQUEST FOR COURT REPORTER'S RECORD

To:     Kendra Garcia, Court Reporter for the 125th Judicial District Court, 201 Caroline, 10th Floor, Houston, Texas 77002

Pursuant to Texas Rule of Appellate Procedure 34.6, Amegy Bank, N. A. (the "Bank"), requests the official court reporter to prepare the Reporter's Record. The portions of the proceedings to be included are the entire Non-Jury Trial held on January 8, 2014.

Pursuant to Texas Rule of Appellate Procedure 34.6, the Bank requests that the official court reporter correct the following inaccuracy in the Reporter's Record:

Page 10 Line 9:                    Change "Mr. Kruckemeyer" to "Mr. Steele."

Eugene Butler, Robert E. Chamberlain and Ronald E. Smith agree with the requested change.

The Bank accepts responsibility to pay for the preparation of the court Reporter's Record and is willing to pay the court reporter's fee for preparing the Reporter's Record.

Respectfully submitted,

__/S/_*Robert J. Kruckemeyer*_____
Robert J. Kruckemeyer - SBOT# 11735700
800 Commerce St.
Houston, Texas 77002
Ph: (713)226-5175
Fax: (713) 225-0827
bob@kruckemeyerlaw.com

Attorney for Plaintiff,
Amegy Bank, National Association

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***instrument*** has been sent to all counsel of record by certified mail, return receipt requested, facsimile, and/or hand delivery, on this the ___20th ___ day of July, 2015.

__/S/_*Robert J. Kruckemeyer*_____
Robert J. Kruckemeyer